AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>JUAN MANUEL ELVIRA MAGANA,<br>  aka "Juan Manuel Magana,"<br>  aka "Juan Magana,"<br>  aka "Enrique Elvira,"<br><br>       Defendant. | Case No. 2:22-mj-02048-DUTY |

**LODGED**
CLERK, U.S. DISTRICT COURT
5/24/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAM  DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
May 24, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: MR  DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 24, 2020, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1), (b)(2) | Illegal Alien Found in the United States Following Deportation, With Prior Felony and Aggravated Felony Convictions |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Minerva Bolivar
Complainant's signature

Minerva Bolivar, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 24, 2022

Judge's signature

City and state: Los Angeles, California

Hon. Pedro V. Castillo, United States Magistrate Judge
Printed name and title

SAUSA Nevarez (213) 894-7413

**AFFIDAVIT**

I, Minerva Bolivar, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Juan Manuel Elvira Magana ("ELVIRA"), also known as "Juan Manuel Magana," "Juan Magana," and "Enrique Elvira," charging him with violating Title 8, United States Code, Sections 1326(a), (b)(1), and (b)(2), Illegal Alien Found in the United States Following Deportation with Prior Felony and Aggravated Felony Convictions.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER MINERVA BOLIVAR

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about August 24, 2020, the Pacific Enforcement Response Center("PERC") received an electronic notification based on biometric fingerprint that ELVIRA, a previously deported criminal alien, was arrested by the Los Angeles Sheriff's Department ("LASD"), in Los Angeles, California. On or about that same day, ELVIRA was released and the detainer was not honored.

5. Based on my training and experience, I know that when an individual is fingerprinted by ICE, or the former INS, the individual is issued a Fingerprint Identification Number ("FIN"). The FIN is then automatically associated with the individual's A-Number. In this case, ELVIRA's fingerprints were assigned FIN 1301796808, which was then linked to A-Number 215-562-933 based on prior fingerprints located in the DHS "A-File" bearing the number A215-562-933.

6. On or about February 23, 2022, I reviewed the Immigration Alien Query ("IAQ") electronic notification associated with ELVIRA's August 24, 2020 arrest, and saw that the FIN associated with the IAQ was FIN 1301796808. I thus confirmed that the individual arrested on August 24, 2020, was ELVIRA, a previously deported alien.

7. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating

to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

    8.  On or about February 22, 2022, I obtained and reviewed the DHS A-File A215-562-933, which is maintained for the subject alien "Juan Manuel Elvira Magana."  The A-File contained the following documents and information:

        a.  One executed Warrant of Removal/Deportation indicating that ELVIRA was officially removed from the United States on or about January 30, 2020.  I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Warrant of Removal in ELVIRA's DHS A-File contains his photograph, signature, and fingerprint.

        b.  A certified conviction record showing that ELVIRA was convicted on or about May 31, 2019, of Possession for Sale of a Controlled Substance, to wit methamphetamine, an aggravated felony, in violation of California Health and Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, Case Number TA148908, in which ELVIRA was sentenced to one year and four months' imprisonment.  This is an aggravated felony because it is a drug trafficking offense as defined in Immigration and Nationality Action Section 101(a)(43)(B).

        c.  A certified conviction record showing that ELVIRA was convicted on or about December 13, 2017, of Carry Loaded

Firearm/Stolen, in violation of California Penal Code Section 25850(a), a felony, and Possession of Controlled Substance with Firearm, in violation of California Health and Safety Code Section 11370.1(a), to wit methamphetamine, a felony, in the Superior Court of the State of California, County of Los Angeles, Case Number TA143444, in which ELVIRA was sentenced to one year and four months' imprisonment and two years' imprisonment, respectively, for these crimes.

        d.    Various documents, indicating that ELVIRA is a native and citizen of Mexico. These documents include: (i) a Record of Sworn Statement, dated January 30, 2020, in which ELVIRA admits to being a citizen of Mexico; and (ii) a Final Administrative Removal Order, dated January 30, 2020, ordering ELVIRA removed to Mexico.

        e.    On or about February 22, 2022, I reviewed the printouts of the Interstate Identification Index ("III"). Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's FBI number. The III printouts confirmed that ELVIRA had been convicted of the crimes reflected in the documents contained in ELVIRA's DHS A-File.

    9.    On or about February 23, 2022, I reviewed the printouts of ICE computer indices on ELVIRA. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the

United States. The ICE computer indices confirmed that ELVIRA had been removed, deported, and/or excluded on or about the date indicated on the Warrant of Removal/Deportation found in ELVIRA's DHS A-File. The ICE computer indices further indicated that ELVIRA had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

10. Based on my review of ELVIRA's DHS A-File, I determined that it does not contain any record of him ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in ELVIRA's DHS A-File.

## IV. CONCLUSION

11. For all the reasons described above, there is probable cause to believe that JUAN MANUEL ELVIRA MAGANA has committed a violation of Title 8, United States Code, Sections 1326(a), (b)(1), and (b)(2), Illegal Alien Found in the United States

//
//
//
//
//
//

Following Deportation with Prior Felony and Aggravated Felony Convictions.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  24th  day of May, 2022.

_____  PVC
UNITED STATES MAGISTRATE JUDGE